UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  EDCV 17-507 JVS (AJWx)   Date  August 25, 2020

Title  **Joel Alcox v. The City of Lompoc, et al.**

Present: The Honorable  **James V. Selna, US District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) <u>Order Granting Motion for Good Faith Settlement</u>

Defendants City of Lompoc and Harry Heidt (collectively "City Defendants") move for a determination that their settlement with plaintiff Joel Alcox ("Alcox") has been entered into in good faith, and seek a determination to that effect pursuant California Code of Civil Procedure § 877.6 ("Section 877.6"). (Docket No. 136.) The Court grants the Motion.

First, the remaining defendants County of Santa Barbara and Kenneth Ast ("County Defendants") have filed a notice of non-opposition. (Docket No. 137.) That is a sufficient basis to grant the motion. (Section 877.6(a)(2).)

Second, Alcox has met all of the statutory requirements. <u>Tech-Bilt Inc. v. Woodward-Clyde & Associates</u>, 38 Cal. 3d 488, 499-500 (1985). The settlement provides for a $2 million payment in exchange for dismissal of all claims against the City Defendants. The settlement amount is proportional to an overall resolution of all claims against the defendants and to the City Defendants' portion of that liability. The settlement reflects that only a limited number of claims against the City Defendants remain, and that generally less in paid in a settlement before trial. The Court finds no collusion; the settlement was achieved with the assistance of a mediator.

The Motion is granted.

:   00

Initials of Preparer   lmb