UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ALCOX,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOMPOC, ET AL.,<br><br>Defendants. | Case No: 5:17-cv-00507-JVS (JEMx)<br><br>**ORDER ADOPTING STIPULATION FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL** |

GOOD CAUSE APPEARING as set forth in the stipulation of legal counsel for Plaintiff JOEL ALCOX and Defendants COUNTY OF SANTA BARBARA and KENNETH AST, the Court hereby adopts the stipulation whereby Plaintiff agrees to waive his right to all appealable issues arising in and from this action, including but not limited to the judgment of the United States Court of Appeals for the Ninth Circuit, in exchange for Defendants' waiver of all claims for costs

arising from this litigation, including those in its Application to the Clerk to Tax Costs filed May 7, 2021.

**IT IS SO ORDERED.**

Dated: May 21, 2021

_____
HON. JAMES V. SELNA
United States District Judge